Case 4:24-cr-00526   Document 1   Filed on 10/09/24 in TXSD   Page 1 of 2

United States Courts
Southern District of Texas
FILED
*October 09, 2024*
Nathan Ochsner, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| VS. § | CRIMINAL NO. |
| § | **4:24-cr-526** |
| RICARDO MERCADO and § | |
| BRYAN SABIO § | |
| Defendants § | |

# INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

## COUNT ONE

**(Title 18, United States Code, §§ 2119 and 2 – Aiding and Abetting Carjacking)**

On or about February 17, 2024, in the Houston Division of the Southern District of Texas,

**RICARDO MERCADO
AND
BRYAN SABIO**

defendants herein, aiding and abetting others known and unknown to the Grand Jury, with the intent to cause death and serious bodily harm, did intentionally take a motor vehicle, namely, a Nissan Rogue, that had been transported, shipped, and received in interstate and foreign commerce, from the person and in the presence of another, namely, Guillermo Escalona-Lopez by force and violence and by intimidation, in violation of Title 18, United States Code, Sections 2119 and 2.

## COUNT TWO

**(Title 18, United States Code, §§ 924(c)(1)(A)(ii) and 2 – Aiding and Abetting Brandishing a Firearm During and in Relation to a Crime of Violence)**

On or about February 17, 2024, in the Houston Division of the Southern District of Texas,

**RICARDO MERCADO
AND
BRYAN SABIO**

defendants herein, aiding and abetting others known and unknown to the Grand Jury, did knowingly brandish a firearm, namely, a handgun, during and in relation to a crime of violence for which they may be prosecuted in a court of the United States, that being Carjacking, as alleged in Count One.

In violation of Title 18, United States Code, §§ 924(c)(1)(A)(ii) and 2.

A TRUE BILL

Original Signature on File
_____
GRAND JURY FOREPERSON

ALAMDAR S. HAMDANI
UNITED STATES ATTORNEY

_____
Jill Jenkins Stotts
ASSISTANT UNITED STATES ATTORNEY

2